**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| L4T Innovations LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00091-JRG |
| | § | |
| Garmin Ltd. and Garmin Corp., | § | |
| | § | |
| *Defendants*. | § | |
| | § | |

**ORDER**

Before the Court is the Notice of Dismissal Under F.R.C.P. Rule 41(a)(1)(A)(i) (the "Notice") filed by Plaintiff L4T Innovations LLC ("Plaintiff"). (Dkt. No. 9.) In the Notice, Plaintiff voluntarily dismisses the above-captioned case against Defendants Garmin Ltd. and Garmin Corp. ("Defendants") with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id.* at 1.) Defendants have not yet answered the Complaint or moved for summary judgment. (*Id.*)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims by Plaintiff against Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case between Plaintiff and Defendants not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 6th day of March, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE